UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIR JONZ CATER, ) | |
| ) | CASE NO. C10-1259-RAJ-BAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| KING COUNTY, et al.,, ) | RECOMMENDATION |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court has reviewed the entire record, including the Report and Recommendation (Dkt. # 15) of United States Magistrate Judge Brian A. Tsuchida.  It is therefore ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court directs the clerk to dismiss the King County Sheriff's Department as a party.

(3)    The Clerk shall direct copies of this Order to all counsel and to Judge Tsuchida.

DATED this 22nd day of February, 2011.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER
PAGE -1