UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SIR JONZ CATER,

  Plaintiff,

  v.

KING COUNTY, et al.,,

  Defendants.

CASE NO. C10-1259-RAJ-BAT

ORDER ADOPTING REPORT AND RECOMMENDATION

  The court has reviewed the entire record, including the Report and Recommendation (Dkt. # 30) of United States Magistrate Judge Brian A. Tsuchida. No party objected to the Report and Recommendation. The court orders as follows:

  (1)  The court adopts the Report and Recommendation;

  (2)  The court directs the clerk to DISMISS Defendants Hikari Tamura, Director of Adult Detention, and David Fleming, Director of King County Public Health, from this action.

  (3)  The clerk shall send a copy of this Order to Judge Tsuchida.

Dated this 19th day of May, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER