UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIR JONZ CATER,<br><br>                    Plaintiff,<br><br>         v.<br><br>KING COUNTY, et al.,<br><br>                    Defendants. | Case No. C10-1259-RAJ<br><br>**ORDER GRANTING SUMMARY JUDGMENT AND DISMISSING THIS CASE** |

The court has reviewed plaintiff's amended civil rights complaint, the parties' pleadings including their motions for summary judgment, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida (Dkt. # 47), the governing law, and the balance of the record. The court notes that no one objected to the Report and Recommendation. The court therefore orders as follows:

(1)   The court adopts the Report and Recommendation;

(2)   Defendants' motion for summary judgment (Dkt. 40) is **GRANTED**;

(3)   Plaintiff's amended complaint and this action are **DISMISSED** without prejudice as to all named defendants;

//

//

ORDER GRANTING SUMMARY JUDGMENT AND
DISMISSING THIS CASE - 1

1  //

2  //

3      (4)    The Clerk of Court is directed to send copies of this Order to the parties and to

4      Magistrate Judge Brian A. Tsuchida.

5  DATED this 23rd day of September, 2011.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER GRANTING SUMMARY JUDGMENT AND
DISMISSING THIS CASE - 2